1  JAMES M. BARATTA (SBN 054890)
   MICHAEL S. FREY (SBN 216100)
2  GRANT, GENOVESE & BARATTA, LLP
   2030 Main Street, Suite 1600
3  Irvine, CA 92614
   Telephone: (949) 660-1600
4  Facsimile:  (949) 660-6060
   6080.009
5
6  Attorneys for Plaintiff, SUA INSURANCE
   COMPANY
7

FILED
AUG 29 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

| SUA INSURANCE COMPANY, an Illinois Corporation, | Case No. 1:07-CV-00439-AWI-SMS |
|---|---|
| Plaintiff, | **PLAINTIFF SUA INSURANCE COMPANY'S NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)** |
| vs. | |
| SIERRA CUSTOM HOMES, INC., a California corporation, | |
| Defendants. | |

PLEASE TAKE NOTICE that this action is dismissed by the Plaintiff SUA INSURANCE COMPANY in its entirety with prejudice having reached a full and complete settlement of all issues between the parties.

////

////

1    This dismissal is made pursuant to Rule 41(a) of the Federal Rules of Civil
2  Procedure.

4  DATED: August 28, 2007          GRANT, GENOVESE & BARATTA, LLP

                                    By: /s/ Michael S. Frey
                                        JAMES M. BARATTA
                                        MICHAEL S. FREY
                                    Attorneys for Plaintiff SUA INSURANCE
                                    COMPANY

It is so Ordered. Dated: 8-29-07

_____
United States District Judge